MATTHEW HOUSTON
Name
TLVCC-PO BOX 208
INDIAN SPRINGS, NV 89070
1210652
Prison Number



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MATTHEW HOUSTON
Plaintiff,

vs.

WARDEN JERRY HOWELL,
SECRETARY JAMES DZURENDA
NDOC, CASA GRANDE,
CASE MGMT CHILDERS,
HERNANDES, CCDC
Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## 2:19-cv-01371-JAD-DJA

### CIVIL RIGHTS COMPLAINT
### PURSUANT TO
### 42 U.S.C. § 1983

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, _MATTHEW HOUSTON_
(Print Plaintiff's name)

who presently resides at _T. L. V. C. C. INDIAN SPRINGS, NV_ were

violated by the actions of the below named individuals which were directed against

Plaintiff at _T.L.V.C.C., INDIAN SPRINGS, NV_ on the following dates
(institution/city where violation occurred)

_9-20-2016 to 1/10/19_  _1/11/2019 TO PRESENT IN CARCERATION_
(Count I)        (Count II)         , and _____
                                         (Count III)

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

2) Defendant ___JERRY HOWELL___ resides at ___LAS VEGAS, NV___,
      (full name of first defendant)      (address if first defendant)
and is employed as ___WARDEN, SDCC (NDOC)___. This defendant is sued in his/her
      (defendant's position and title, if any)
___ individual _X_ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: ___TITLE 42 U.S.C. § 12132___

3) Defendant ___JAMES DZURENADA___ resides at ___CARSON CITY, NV___,
      (full name of first defendant)      (address if first defendant)
and is employed as ___SECRETARY, NDOC___. This defendant is sued in his/her
      (defendant's position and title, if any)
___ individual _X_ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: ___TITLE 42 U.S.C. § 12132___

4) Defendant ___CHILDERS/HERNANDES___ resides at ___LAS VEGAS, NV___,
      (full name of first defendant)      (address if first defendant)
and is employed as _____. This defendant is sued in his/her
      (defendant's position and title, if any)
___ individual _X_ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: ___TITLE 42 U.S.C. § 12132___

5) Defendant _CASA GRANDE TRANSITIONAL Housing_ resides at _W-RUSSELL RD_ _LAS VEGAS, NV_,
      (full name of first defendant)      (address if first defendant)
and is employed as ___NDOC FACILITY___. This defendant is sued in his/her
      (defendant's position and title, if any)
___ individual _X_ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: ___TITLE 42 U.S.C. § 12132___

6) Defendant _C. C. D. C._ resides at _LAS VEGAS, NV_.
(full name of first defendant)          (address if first defendant)
and is employed as _METRO JAIL_. This defendant is sued in his/her
(defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _TITLE 42   U.S.C. § 12132_

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

_TITLE 42 U.S.C. § 12132_

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**B. NATURE OF THE CASE**
1)    Briefly state the background of your case.

SINCE MY DUI CHARGE ON 9-20-2016, NONE OF THOSE INVOLVED HAVE RESPONDED TO MY REQUESTS FOR ACCOMODATION UNDER ADA(1990) INEFFECTIVE COUNSEL, DE LA GARZA DENYING MENTAL HEALTH COURT FOR NO REASON WAS MALICIOUS PERSICUTION. ALLEGED PRESUMPTIONS OF PROBATION VIOLATION WERE FALSE, RESULTING IN WRONGFUL CONVICTION. BEING DENIED CASA GRANDE BECAUSE OF EXPIRED PSYCH MEDS VIOLATED AR 650+ NDOC NOT RESPONDING TO GRIVANCES VIOLATED AR 740. ADA(1990) AND DOC 2734. BEING HELD ILLEGALLY 4 MONTHS PAST P.E.O. 3-31-2019 IS CAUSING INMATE OVERSTAY, ADDING TO MY LEVEL OF EMOTIONAL DISTRESS. PNP REFUSING TO APPROVE MY RELEASE TO CATHOLIC CHARITIES SHELTER IS DISCRIMINATION/PREJUDICED TOWARDS HOMELESS INDIGENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**C. CAUSE OF ACTION**

COUNT I

The following civil rights has been violated: XIVth AMENDMENT TO UNITED STATES CONSTITUTION, AMERICANS DISABILITY ACT OF 1990

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

I'm RESTRICTED OF MY LIFE, LIBERTY AND PROPERTY, WHICH GUARANTEES THAT NO STATE SHALL "DEPRIVE ANY PERSON OF THE MINIMUM PROCEDURAL DUE PROCESS CLAUSE OF THE XIV AMENDMENT TO THE U.S.C.A. (SEE WOLFF VS. McDONNELL, 418 U.S. § 539 2976 (1974) THE TOUCHSTONE OF DUE PROCESS IS PROTECTION OF AN INDIVIDUAL AGAINST ARBITRARY ACTION OF GOVERNMENT (SEE ADITIONALLY MORRISSEY V. BREWER, 408 U.S. § 471, 481-1972) I HAVE BEEN DENIED MY FREEDOM BECAUSE THE RESPONDENTS CLAIM/CASE SHOULD HAVE HAD ME IN MENTAL HEALTH COURT AND/OR CASA GRANDE PRIOR TO MY PAROLE ELIGIBILITY, 3-31-2019. NO DISABILITY PROGRAMMING @ F.L.V.C.C. AR 658.01 (A) DISABILITY (D) PHYSICAL AND MENTAL IMPAIRMENTS. CASA GRANDE REFUSING ME HOUSING IS VIOLATION OF SECRETARY DZURENDA'S AGREEMENT 5-15-18. (E) REASONABLE ACCOMODATION LIBERTY INTEREST, SEE VITEK VS. JONES, 445 U.S. § 480 (1980). TITLE II OF A.D.A., SEE DUFFY VS. RIVELAND, 98 F 3d 447, 455 (9TH 1996). PnP DENYING MY RELEASE TO HOMELESS SHELTER IS DISCRIMINATION.

4

## COUNT II

The following civil rights has been violated: VIII ᵀᴹ AMENDMENT OF THE U.S. CONSTITUTION

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

CRUEL AND UNUSUAL PUNISHMENT SINCE VARIOUS JUSTICE OF THE PEACE, JUDGES AND OFFICERS OF THE COURT, PROBATION SAW FIT THAT I SHOULD BE INCARCERATED KNOWING MY CASE DID NOT CONSTITUTE A CRIME (SEE THOMPSON VS. OKLAHOMA APPEAL (SUPRA) MY BEING TERMINATED) FROM SERIOUS OFFENDERS PROGRAM WAS A RESULT OF FALSE ACCUSATIONS, PRESUMPTIONS WITHOUT BEING FACTUAL, AND DEFAMATION OF CHARACTER. NOT SUBMITTING ME TO MENTAL HEALTH COURT WAS MALICIOUS PERSECUTION, ALSO WAS INEFFECTIVE COUNSEL WHEN UNNAMED ATTORNEY REPLACED ANDREW FLAMIVE, ESQ. PUBLIC DEFENDER ALEX BASSETT, ESQ. WAS NOT INFORMED of MY SUPPOSED PROBATION VIOLATIONS AND NOT ABLE TO DEFENT ME PROPERLY. SINCE ORIGINAL CHARGE 9-20-2016 NO OFFICERS of THE COURT OR CCDC OR MDOC HAS ANSWERED MY REQUESTS FOR ACCOMODATION, IGNORING A.D.A. (1990)

## COUNT III

The following civil rights has been violated: _XIV AMENDMENT TO THE UNITED STATES CONSTITUTION, ARTICLE I § 8 NEVADA CONSTITUTION, PROVISIONAL RIGHTS_

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

BY IGNORING THE FACT THAT I'M IN NEED OF BEING IN "SAID" FACILITY, RESTITUTION CENTER TO BE REINTIGRATED BACK INTO SOCIETY BECAUSE I MEET THE CRITERIA. PSYCH MEDS, PSYCH HOLD, MEDICAL STATUS SHOULD NOT PRECLUDE ME FROM GOING, PURSUANT TO MY PSYCHIATRIST/PSYCHOLOGIST, SECRETARY OF MDOC, AND DR. ARANAS WHO SIGNED "SAID" AGREEMENT WITH U.S. DEPT. OF JUSTICE, TO CONFORM WITH AMERICANS WITH DISABILITY ACT, i.e. DELIBERATE INDIFFERENCE (SEE) STARR VS. BACA 652 F3d. 1202, 1207 (9TH CIR 2011) AND COLWELL VS. BANNISTER, 763 F3d 1060, 1063; 1068 (9TH CIR 2014) (SEE) ESTELLE VS. GAMBLE CONTROLLING, I MOVE THIS COURT TO RELEASE PRISONER FROM THIS UNNECESSARY RESTRAINT TO THE COMMUNITY 429 U.S. $97, 106, 97 S.C.t. 285 (1976)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? _____ Yes __X__ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

outline).

a)     Defendants: _____

b)     Name of court and docket number: _____

c)     Disposition (for example, was the case dismissed , appealed or is it still pending?):

        _____

d)     Issues raised: _____

        _____

        _____

e)     Approximate date it was filed: _____

f)     Approximate date of disposition: _____

2)     Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes  $\times$  No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)     Defendants: _____.

b)     Name of court and case number: _____.

c)     The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)     Issues raised: _____

        _____

e)     Approximate date it was filed: _____

f)     Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)     Defendants: _____.

b)     Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _X_ Yes ____ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) ____ state or federal court decision; (3) ____ state or federal law or regulation; (4) ____ parole board decision; or (5) ____ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____.

Date and institution where grievance was filed _6_ JUNE 6TH, 2019 TLVCC.
JUNE 1ST, 2019 @ TLVCC, ADDITIONAL COMPLAINTS

Response to grievance: _ADMINISTRATION IS NOT RESPONDING
TO MY GRIEVIENCES WITHIN 45 DAY TIME
PERIOD TO RESPOND, WHICH IS VIOLATION OF_

  
*AR 740. CASEWORKERS ARE NOT RESPONDING TO KITES NEITHER ARE/ PnP (PROBATION AND PAROLE)*

- - - - - - - - - - - - - - - - - - -

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

$1,000 PER DAY OF INCARCERATION DURING INMATE OVERSTAY FROM MARCH 31ST, 2019 TO THE PRESENT DATE OR WHEN RELEASED. NOMINAL DAMAGES AND COMPENSATORY DAMAGES. AN EXPLANATION FOR RACIST AND DISCRIMINATORY BEHAVIOR AND AN AN ANSWER AS TO WHY PnP + NDOC FEEL THE HOMELESS INDIGENT ARE TO BE TREATED AS LESS THAN HUMAN.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

MATTHEW HOUSTON

(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

(Signature of Plaintiff)

7-23-2019

(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

(Additional space if needed; identify what is being continued)

## CERTIFICATE OF SERVICE

I, _MATTHEW HOUSTON_, hereby certify that I am the Petitioner in this matter and I am representing myself *in propria persona*.

On this _23RD_ day of _JULY_, _2019_, I served copies of the _CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983._ in Case No. _____, and placed said document(s) in the United States Mail, first-class postage prepaid, addressed as follows:

DEBRA K. KEMPI
CLERK OF THE COURT
US DISTRICT COURT
333 LAS VEGAS BLVD S. ROOM #1334
LAS VEGAS, NV 89101

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the Petitioner in the above-entitled action, and he has read this Certificate of Service and the information contained therein is true and correct.

Executed pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621 at _T.L.V.C.C._ on this _23RD_ day of _JULY_, _2019_

_MATTHEW HOUSTON_ DOC No _1206652_

Petitioner – In Propria Persona