UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Matthew Houston,

    Plaintiff

v.

Jerry Howell, et al.

    Defendants

Case No.: 2:19-cv-01371-JAD-DJA

**Order Denying Motions in Closed Case**

[ECF Nos. 27, 28]

    This civil-rights action was dismissed and closed in June 2020 when pro se plaintiff Matthew Houston failed to timely file an amended complaint.[1] Nearly two years later, Houston filed an emergency motion seeking a free copy of everything that was filed in this action.[2] And two months after that, Houston filed an emergency motion seeking to set aside the dismissal order.[3] But Houston does not offer a valid reason why I should reopen this case, set aside the dismissal order, or provide him a free copy of everything that was filed.

    IT IS THEREFORE ORDERED that the emergency motions **(ECF Nos. 27, 28) are DENIED**. Houston is cautioned that he should not file documents in this closed case. If Houston wishes to pursue his claims, he must file a new action and either pay the full $402 filing fee or properly apply to proceed in forma pauperis.

    The Clerk of the Court is directed to **SEND** a copy of this order to Matthew Houston at the address listed with the court and to the attention of Matthew Houston, #1210652 at High Desert State Prison.

Dated: August 26, 2022

_____
U.S. District Judge

---

[1] ECF Nos. 25, 26.
[2] ECF No. 27.
[3] ECF No. 28.