# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Matthew Houston,

    Plaintiff

v.

Jerry Howell, et al.,

    Defendant

Case No.: 2:19-cv-01371-JAD-DJA

*Ninth Circuit Case No. 22-16439*

**Order Revoking**
***in forma pauperis* Status**

The United States Court of Appeals for the Ninth Circuit referred this matter back to this court for the limited purpose of determining whether *in forma pauperis* status should continue for this appeal. The decision to continue such status turns on whether the entirety of Houston's appeal is frivolous, for "[i]f at least one issue or claim is found to be non-frivolous, leave to proceed in forma pauperis on appeal must be granted for the case as a whole."[1]

In this civil-rights case, plaintiff Matthew Houston sued the Clark County Detention Center, Casa Grande Transitional Housing, and various Nevada Department of Corrections officials, appearing to allege that "he was denied mental-health court, maliciously prosecuted and wrongfully convicted, denied transitional housing at Casa Grande, held months past his parole-eligibility date, and was not accommodated under the Americans with Disabilities Act."[2] On May 20, 2020, I screened his complaint under 28 U.S.C. § 1915A, found that he did not state a claim upon which relief could be granted, and gave him detailed instructions to amend his complaint.[3] Because Houston failed to file an amended complaint by the court's deadline to do

---

[1] *Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

[2] ECF No. 24 at 2–3.

[3] *Id.* at 3–13.

so, I dismissed his case on June 26, 2020.[4]  More than two years later, Houston filed this appeal of my dismissal order.[5]  **Because the appeal from the dismissal order is frivolous, patently untimely, and not taken in good faith, IT IS HEREBY ORDERED THAT the district court revokes *in forma pauperis* status so *in forma pauperis* status will not continue on appeal.**

The Clerk of Court is directed to **SEND a copy of this order to the Clerk of the United States Court of Appeals for the Ninth Circuit for Case No. 22-16439**.

_____
U.S. District Judge Jennifer A. Dorsey
September 22, 2022

---

[4] ECF No. 25.

[5] ECF No. 31.